# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1785
_____

JUSTIN GOODRICH,

Appellant,

v.

BETTY JEANNE GOODRICH,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

February 14, 2024


PER CURIAM.

The appeal is dismissed as untimely filed. *See* Fla. R. App. P. 9.110(b).

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Justin Goodrich, pro se, Appellant.

No appearance for Appellee.